**IT IS ORDERED as set forth below:**

**Date: April 7, 2026**

_Sage M. Sigler_
_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br>Dian Latrice Taylor<br>Debtor(s). | )<br>)<br>)<br>) |
| Seven Points Borrower, LLC<br><br>     Movant.<br><br>V.<br><br><br>Dian Latrice Taylor, Debtor(s); and<br>K. Edward Safir, Trustee<br><br>     Respondents. | )<br>) CASE NO. 24-57917-sms<br>) CHAPTER 13<br>)<br>) Judge Sage M. Sigler<br>)<br>)<br>) CONTESTED MATTER<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

On March 20, 2026, Seven Points Borrower, LLC (hereinafter, "Movant") filed a Motion

For Relief From Automatic Stay (Doc. No. 28) (the "Motion").  The Motion concerns rented real

property known as 11086 Shadow Ct, Unit 60, Hampton GA 30228 (the "Property").  A hearing

on said Motion was noticed for April 14, 2026, upon notice Movant contends was proper. No

1

response or objection to the Motion was announced by the Debtor or Trustee, and similarly no opposition to Movant's Motion was announced by the Debtor or the Trustee. Prior to said hearing, the parties consented to the instant order.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted.  The automatic stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment as to Debtor within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to Debtor and the property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

**Order consent to / presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

2

**No Opposition / Consented to:**
/s/ Albert C. Guthrie (w/ exp. perm).__
Albert C. Guthrie
GA BAR NO. 14299
Office of K. Edward Safir
Suite 1600, 285 Peachtree Center Ave. NE
Atlanta, GA 30303
Email: orders@atlch13tt.com

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338

Michael F. Burrow
Burrow & Associates, LLC
Bldg A, Suite 100
2280 Satellite Blvd
Duluth, GA 30097

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Office of K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600, 285 Peachtree Center Ave. NE
Atlanta, GA 30303

Dian Latrice Taylor, Debtor
11086 Shadow Ct Unit 60
Hampton GA 30228

**No Opposition / Consented to:**
/s/ Kathlyn Khashan-Caldwell (w/ exp. perm)_
Kathlyn Khashan-Caldwell
GA BAR NO. 177083
Burrow & Associates, LLC
Bldg A, Suite 100
2280 Satellite Blvd
Duluth, GA 30097
Email: kathlyn.khashan@legalatlanta.com