

**IT IS ORDERED as set forth below:**


**Date: April 7, 2026**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| Dian Latrice Taylor ) | |
| Debtor(s). ) | |
| ) | |
| ) | |
| Seven Points Borrower, LLC ) | |
| ) | CASE NO. 24-57917-sms |
| Movant. ) | CHAPTER 13 |
| ) | |
| V. ) | Judge Sage M. Sigler |
| ) | |
| ) | |
| Dian Latrice Taylor, Debtor(s); and ) | CONTESTED MATTER |
| K. Edward Safir, Trustee ) | |
| ) | |
| Respondents. ) | |
| ) | |
| ) | |
| ) | |
| ) | |

### CONSENT ORDER GRANTING RELIEF FROM AUTOMATIC STAY

On March 20, 2026, Seven Points Borrower, LLC (hereinafter, "Movant") filed a Motion

For Relief From Automatic Stay (Doc. No. 28) (the "Motion"). The Motion concerns rented real

property known as 11086 Shadow Ct, Unit 60, Hampton GA 30228 (the "Property"). A hearing

on said Motion was noticed for April 14, 2026, upon notice Movant contends was proper. No

1

response or objection to the Motion was announced by the Debtor or Trustee, and similarly no opposition to Movant's Motion was announced by the Debtor or the Trustee. Prior to said hearing, the parties consented to the instant order.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted.  The automatic stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment as to Debtor within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to Debtor and the property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

**Order consent to / presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

2

**No Opposition / Consented to:**
/s/ Albert C. Guthrie (w/ exp. perm).
Albert C. Guthrie
GA BAR NO. 14299
Office of K. Edward Safir
Suite 1600, 285 Peachtree Center Ave. NE
Atlanta, GA 30303
Email: orders@atlch13tt.com

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338

Michael F. Burrow
Burrow & Associates, LLC
Bldg A, Suite 100
2280 Satellite Blvd
Duluth, GA 30097

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Office of K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600, 285 Peachtree Center Ave. NE
Atlanta, GA 30303

Dian Latrice Taylor, Debtor
11086 Shadow Ct Unit 60
Hampton GA 30228

**No Opposition / Consented to:**
/s/ Kathlyn Khashan-Caldwell (w/ exp. perm)
Kathlyn Khashan-Caldwell
GA BAR NO. 177083
Burrow & Associates, LLC
Bldg A, Suite 100
2280 Satellite Blvd
Duluth, GA 30097
Email: kathlyn.khashan@legalatlanta.com

3

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                                Case No. 24-57917-sms

Dian Latrice Taylor                                                                        Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 07, 2026 | Form ID: pdf401 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dian Latrice Taylor, 11086 Shadow Ct, Unit 60, Hampton, GA 30228-4057 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Apr 07 2026 20:35:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2026                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allen M Bearden | on behalf of Debtor Dian Latrice Taylor court@legalatlanta.com burrowlaw4812@gmail.com;burrowdr76543@notify.bestcase.com;Bearden.AllenR@notify.bestcase.com;allen.bearden@legalatlanta.com |
| K. Edward Safir | info@atlch13tt.com |
| Matthew Franklin Totten | on behalf of Creditor Seven Points Borrower  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |

District/off: 113E-9                          User: bncadmin                          Page 2 of 2

Date Rcvd: Apr 07, 2026                       Form ID: pdf401                         Total Noticed: 2

Michael F. Burrow

on behalf of Debtor Dian Latrice Taylor court@legalatlanta.com
burrowlaw4812@gmail.com;BurrowDR76543@notify.bestcase.com


TOTAL: 4