**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| DIAN LATRICE TAYLOR, | ) | |
| | ) | CASE NO. 24-57917-SMS |
| Debtor. | ) | |

**VOLUNTARY DISMISSAL**

COMES NOW, Dian Latrice Taylor, Debtor, by and through the attorney of record, and dismisses this Chapter 13 case, and as proof of same, a verification is attached hereto.

This  9th  day of  May , 2026.

Respectfully Submitted by,
BURROW & ASSOCIATES, LLC


                      /s/
Kevin Grindlay
Attorney for the Debtor
Georgia Bar No. 350009
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
bankruptcy@legalatlanta.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**DECLARATION UNDER PENALTY OF PERJURY**

I, Dian Latrice Taylor, being of legal age do hereby verify and state that all of the information set forth in the foregoing amendment/pleading is true and correct to the best of my knowledge, information and belief. I understand that if there was a motion for relief of the automatic stay filed in my case, this case will be dismissed with prejudice and I will be unable to file any type of bankruptcy for 180 days.

This  9th  day of  May , 2026.


_____/s/_____
Dian Latrice Taylor

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have this day served the within and foregoing Voluntary Dismissal by depositing same in the United States mail, properly addressed as follows:

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave NE
Atlanta, GA 30303

Dian Latrice Taylor
11086 Shadow Ct
Unit 60
Hampton, GA  30228

All creditors on the attached mailing matrix.

This  9th  day of  May , 2026.

Respectfully Submitted by,
BURROW & ASSOCIATES, LLC


_____/s/_____
Kevin Grindlay
Attorney for the Debtor
Georgia Bar No. 350009
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
bankruptcy@legalatlanta.com

Label Matrix for local noticing
113E-1
Case 24-57917-sms
Northern District of Georgia
Atlanta
Sat May  9 19:21:39 EDT 2026

Acima Credit
PO Box 1667
Draper, UT 84020-1667

American First Finance, LLC
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0702

Associated Credit Services, LLC
Attn: Bankruptcy
115 Flanders Road, Ste 140; Pob 5171
Westborough, MA 01581-1087

Allen M Bearden
Burrow & Associates, LLC
Bldg A, Suite 100
2280 Satellite Blvd
Duluth, GA 30097-5000

Beth E. Rogers
100 Peachtree Street
Ste 1950
Atlanta, GA 30303-1919

Michael F. Burrow
Burrow & Associates, LLC
Building A, Suite 100
2280 Satellite Blvd.
Duluth, GA 30097-5000

Caring Touch Family Dentistry
Attn: Bankruptcy
1613 GA-20
McDonough, GA 30253

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062-2679

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113-2273

Genesis FS Card Services
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076-4401

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jefferson Capital Systems, LLC
Attn: Bankruptcy
200 14th Ave E
Sartell, MN 56377-4500

Karen Sanders
11086 Shadow Court
Hampton, GA 30228-4057

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lvnv Funding/Resurgent Capital
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603-0497

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Midland Credit Mgmt
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

MoneyLion Inc.
PO Box 1547
Sandy, UT 84091-1547

MoneyLion, Inc
Attn:  Bankruptcy Dept
P.O. Box 1547
Sandy, UT 84091-1547

(p)NATIONAL CREDIT SYSTEMS
ATTN BANKRUPTCY
PO BOX 672288
MARIETTA GA 30006-0039

Navient
Attn:  Bankruptcy
Po Box 9635
Wilkes Barre, PA 18773-9635

Navient
Attn: Claims/Bankruptcy
Po Box 9635
Wilkes-Barre, PA 18773-9635

Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119-3000

PRESTIGE FINANCIAL SERVICES
BANKRUPTCY DEPARTMENT
PO BOX 26707
SALT LAKE CITY, UT 84126-0707

(p)PERPAY INC
ATTN CONOR HORAN
2400 MARKET STREET SUITE 300
PHILADELPHIA PA 19103-3033

Prestige Financial Svc
Attn: Bankruptcy
351 W Opportunity Way
Draper, UT 84020-1399

Progress Residential
7500 N. Dobson Road
Attn: Legal/Bankruptcy Dept.
Scottsdale, AZ 85256-2727

Quantum3 Group LLC as agent for
Concora Credit Inc.
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Galaxy International Purchasing LLC
PO Box 788
Kirkland, WA 98083-0788

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303-1229

Santander Consumer USA, Inc
Attn: Bankruptcy
Po Box 961245
Fort Worth, TX 76161-0244

Seven Points Borrower, LLC
The Totten Firm
5579 Chamblee-Dunwoody Rd
Ste B-136
Atlanta, GA 30350 United States 30338-4154

Seven Points Borrower, LLC
P.O. Box 451027
Atlanta, GA 31145-9027

Dian Latrice Taylor
11086 Shadow Ct
Unit 60
Hampton, GA 30228-4057

Matthew Franklin Totten
The Totten Firm, LLC
5579 Chamblee Dunwoody Rd
Ste B-136
Atlanta, GA 30338-4154

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

(p)VIVA FINANCE INC
ATTN KRISTINA NELSON
112 KROG ST NE
SUITE D145
ATLANTA GA 30307-4402

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
Compliance Division
ARCS Bankruptcy
1800 Century Blvd. NE, Suite 9100
Atlanta, GA 30345-3202

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

Mohela/dept Of Ed
633 Spirit Drive
Chesterfield, MO 63005

National Credit Systems, Inc.
Attn: Bankruptcy
P.O. Box 672288
Atlanta, GA 30006

(d)National Credit Systems, Inc.
P.O.BOX 672288
Marietta, GA 30006

Perpay
Attn: Bankruptcy
2400 Market St Suite 300
Philadelphia, PA 19103

(d)US Department of Education/MOHELA
633 Spirit Drive
Chesterfield, MO 63005

Viva Finance
Attn: Bankruptcy
100 Peachtree St Nw, Ste 320
Atlanta, GA 30303

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)American First Finance, LLC
c/o Becket and Lee LLP
PO Box 3002
Malvern PA 19355-0702

End of Label Matrix
Mailable recipients    40
Bypassed recipients     1
Total                  41