### UNITED STATES BANKRUPTCY COURT

#### Northern District of Georgia

In
Re:   **Dian Latrice Taylor**
11086 Shadow Ct
Unit 60
Hampton, GA 30228

Debtor(s)

Case No.: **24–57917–sms**
Chapter:  **13**
Judge:  **Sage M. Sigler**

**xxx–xx–8818**

### ORDER OF DISMISSAL

The Debtor(s) has filed a request for dismissal pursuant to 11 U.S.C. Section 1307(b). Therefore,

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

_____

Sage M. Sigler
United States Bankruptcy Judge

Dated:  May 11, 2026

Form 164

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                    Case No. 24-57917-sms

Dian Latrice Taylor                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                          User: bncadmin                          Page 1 of 3

Date Rcvd: May 11, 2026                   Form ID: 164                          Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dian Latrice Taylor, 11086 Shadow Ct, Unit 60, Hampton, GA 30228-4057 |
| cr | + | Seven Points Borrower, LLC, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350 UNITED STATES 30338-4154 |
| 24872381 | + | Associated Credit Services, LLC, Attn: Bankruptcy, 115 Flanders Road, Ste 140; Pob 5171, Westborough, MA 01581-1087 |
| 24872383 | | Caring Touch Family Dentistry, Attn: Bankruptcy, 1613 GA-20, McDonough, GA 30253 |
| 24872390 | + | Karen Sanders, 11086 Shadow Court, Hampton, GA 30228-4057 |
| 24872402 | + | Seven Points Borrower, LLC, P.O. Box 451027, Atlanta, GA 31145-9027 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 24872380 | | Email/Text: bankruptcy@acima.com | May 11 2026 20:28:00 | Acima Credit, PO Box 1667, Draper, UT 84020-1667 |
| 25442892 | | Email/PDF: bncnotices@becket-lee.com | May 11 2026 20:30:36 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 24872382 | + | Email/Text: brogers@berlawoffice.com | May 11 2026 20:29:00 | Beth E. Rogers, 100 Peachtree Street, Ste 1950, Atlanta, GA 30303-1919 |
| 24872384 | + | EDI: CCS.COM | May 12 2026 00:18:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 24872385 | + | Email/PDF: creditonebknotifications@resurgent.com | May 11 2026 20:30:27 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 24872387 | | EDI: GADEPTOFREV | May 12 2026 00:18:00 | Georgia Department of Revenue, Compliance Division, ARCS Bankruptcy, 1800 Century Blvd. NE, Suite 9100, Atlanta, GA 30345-3202 |
| 24872386 | + | EDI: PHINGENESIS | May 12 2026 00:18:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 24872388 | | EDI: IRS.COM | May 12 2026 00:18:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 24932283 | | EDI: JEFFERSONCAP.COM | May 12 2026 00:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 24872389 | + | EDI: JEFFERSONCAP.COM | May 12 2026 00:18:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 24881221 | | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2026 20:30:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 24872391 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2026 20:30:28 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 24872393 | | Email/Text: EBN@Mohela.com | May 11 2026 20:28:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, |

| Recip ID | | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | MO 63005 |
| 24935933 | | Email/Text: EBN@Mohela.com | May 11 2026 20:28:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 24952099 | + | Email/Text: bankruptcydpt@mcmcg.com | May 11 2026 20:28:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 24872392 | + | Email/Text: bankruptcydpt@mcmcg.com | May 11 2026 20:28:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 24875941 | + | Email/Text: bankruptcy@moneylion.com | May 11 2026 20:29:00 | MoneyLion Inc., PO Box 1547, Sandy, UT 84091-1547 |
| 24872394 | + | Email/Text: bankruptcy@moneylion.com | May 11 2026 20:29:00 | MoneyLion, Inc, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |
| 24872395 | | Email/Text: bankruptcy@nationalcreditsystems.com | May 11 2026 20:27:00 | National Credit Systems, Inc., Attn: Bankruptcy, P.O. Box 672288, Atlanta, GA 30006 |
| 24967604 | | Email/Text: bankruptcy@nationalcreditsystems.com | May 11 2026 20:27:00 | National Credit Systems, Inc., P.O.BOX 672288, Marietta, GA 30006 |
| 24872397 | + | EDI: MAXMSAIDV | May 12 2026 00:18:00 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 24872396 | + | EDI: MAXMSAIDV | May 12 2026 00:18:00 | Navient, Attn: Claims/Bankruptcy, Po Box 9635, Wilkes-Barre, PA 18773-9635 |
| 24972735 | + | EDI: NFCU.COM | May 12 2026 00:18:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 24872398 | | Email/Text: bankruptcy@perpay.com | May 11 2026 20:27:00 | Perpay, Attn: Bankruptcy, 2400 Market St Suite 300, Philadelphia, PA 19103 |
| 24967939 | + | Email/Text: bankruptcy@gopfs.com | May 11 2026 20:29:00 | PRESTIGE FINANCIAL SERVICES, BANKRUPTCY DEPARTMENT, PO BOX 26707, SALT LAKE CITY, UT 84126-0707 |
| 24872399 | ^ | MEBN | May 11 2026 20:20:51 | Prestige Financial Svc, Attn: Bankruptcy, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 24872400 | + | Email/Text: bknotices@progressresidential.com | May 11 2026 20:29:00 | Progress Residential, 7500 N. Dobson Road, Attn: Legal/Bankruptcy Dept., Scottsdale, AZ 85256-2727 |
| 24902228 | | EDI: Q3G.COM | May 12 2026 00:18:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 24902227 | | EDI: Q3G.COM | May 12 2026 00:18:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 24872401 | + | Email/Text: enotifications@santanderconsumerusa.com | May 11 2026 20:29:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 24873071 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | May 11 2026 20:28:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 24872403 | | Email/Text: disputes@viva-finance.com | May 11 2026 20:28:00 | Viva Finance, Attn: Bankruptcy, 100 Peachtree St Nw, Ste 320, Atlanta, GA 30303 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 113E-9                          User: bncadmin                                Page 3 of 3
Date Rcvd: May 11, 2026                       Form ID: 164                              Total Noticed: 38

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Allen M Bearden | on behalf of Debtor Dian Latrice Taylor court@legalatlanta.com burrowlaw4812@gmail.com;burrowdr76543@notify.bestcase.com;Bearden.AllenR@notify.bestcase.com;allen.bearden@legalatlanta.com |
| K. Edward Safir | info@atlch13tt.com |
| Kevin Grindlay | on behalf of Debtor Dian Latrice Taylor kevin.grindlay@legalatlanta.com |
| Matthew Franklin Totten | on behalf of Creditor Seven Points Borrower  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Michael F. Burrow | on behalf of Debtor Dian Latrice Taylor court@legalatlanta.com burrowlaw4812@gmail.com;BurrowDR76543@notify.bestcase.com |

TOTAL: 5