**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Atlanta Division 1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404−215−1000

| | | |
|---|---|---|
| In Re: | **Dian Latrice Taylor** | Case No.: **24−57917−sms** <br> Chapter: **13** <br> Judge: **Sage M. Sigler** |
| | Debtor(s) | |

### ORDER TO EMPLOYER TO TERMINATE ORDER TO DEDUCT OR REMIT

To: Clayton County Public Schools

It appearing that this case was DISMISSED on 5/11/26,

It is hereby ORDERED that the previous Order issued by this Court directing the Employer to deduct a portion of the above−referenced Debtor(s) wages is hereby TERMINATED, thus relieving the Employer of any obligation to deduct from any monies due and owing to the debtor.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's Counsel, any Trustee, and Employer.

SO ORDERED, on 5/29/26

_____
Sage M. Sigler
UNITED STATES BANKRUPTCY JUDGE

Dated: May 29, 2026

Form termedo −08/2019

United States Bankruptcy Court

Northern District of Georgia

In re:

Dian Latrice Taylor

    Debtor

Case No. 24-57917-sms

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 29, 2026 | Form ID: termedo | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

**Recip ID                  Recipient Name and Address**
db               + Dian Latrice Taylor, 11086 Shadow Ct, Unit 60, Hampton, GA 30228-4057
               + Clayton County Public Schools, 1058 Fifth Ave, Jonesboro, GA 30236-3299

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026              Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allen M Bearden | on behalf of Debtor Dian Latrice Taylor court@legalatlanta.com burrowlaw4812@gmail.com;burrowdr76543@notify.bestcase.com;Bearden.AllenR@notify.bestcase.com;allen.bearden@legalatlanta.com |
| K. Edward Safir | info@atlch13tt.com |
| K. Edward Safir | on behalf of Trustee K. Edward Safir info@atlch13tt.com |
| Kevin Grindlay | on behalf of Debtor Dian Latrice Taylor kevin.grindlay@legalatlanta.com |
| Matthew Franklin Totten | on behalf of Creditor Seven Points Borrower  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |

District/off: 113E-9                                    User: bncadmin                                    Page 2 of 2

Date Rcvd: May 29, 2026                                 Form ID: termedo                                 Total Noticed: 2

Michael F. Burrow

      on behalf of Debtor Dian Latrice Taylor court@legalatlanta.com
      burrowlaw4812@gmail.com;BurrowDR76543@notify.bestcase.com

TOTAL: 6